UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00034-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERRY LEE EDWARDS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Suppress Evidence. The government has not responded within the time allowed by Local Criminal Rule 47.1(E) (requiring a response to be filed by April 7, 2014). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Suppress Evidence (#21) is calendared for hearing on May 14, 2014, at 3 p.m.

Signed: 4/8/2014

Max O. Cogburn Jr.
United States District Judge