UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14cr34-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER AMENDING** |
| v. ) | **ORDER OF FORFEITURE** |
| ) | |
| JERRY LEE EDWARDS ) | |
| ) | |

**THIS MATTER** is before the Court on the government's Motion to Amend (#34) the Order of Forfeiture filed on June 19, 2014 (Doc. No. 33) to correct the description of two of the firearms subject to forfeiture. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Order of Forfeiture is amended to describe the firearms subject to forfeiture as:

**One Beretta, model 950BS, .25 caliber handgun and ammunition;**

**One Springfield, model SAXP, .40 caliber handgun and ammunition; and**

**One Bersa, model .383DA, .380 caliber handgun and ammunition.**

Signed: June 30, 2014

Max O. Cogburn Jr.
United States District Judge